Owen v Hurlbut (2025 NY Slip Op 04310)

Owen v Hurlbut

2025 NY Slip Op 04310

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, AND HANNAH, JJ.

331 CA 24-00941

[*1]CHRISTINE OWEN, INDIVIDUALLY, DERIVATIVELY AS A SHAREHOLDER OF ROHM SERVICES CORPORATION AND RHH MENDON PROPERTIES, INC., AND AS EXECUTOR OF THE ESTATE OF BARBARA A. HURLBUT, DECEASED, PLAINTIFF-APPELLANT,
v
ROBERT W. HURLBUT AND HURLBUT HEALTH CONSULTING, LLC, DEFENDANTS-RESPONDENTS. 

LIPPES MATHIAS LLP, ROCHESTER (KELLY S. FOSS OF COUNSEL), AND HARRIS BEACH PLLC, PITTSFORD, FOR PLAINTIFF-APPELLANT. 
PULLANO & FARROW, EAST ROCHESTER (CHRISTIAN VALENTINO OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Monroe County (Christopher S. Ciaccio, A.J.), entered October 5, 2023 in an action for damages for, inter alia, breach of fiduciary duty. The order denied the motions of plaintiff to supplement the motion record and to disqualify counsel for defendants. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court